IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NEVA JANEEN LASSWELL and )
JAMES CODY LASSWELL, )
)
Plaintiffs, )
)
vs. )                                   No.  05-4145-JPG
)
THE CITY OF JOHNSTON CITY, TONY )
L. KENDRICK, Johnston City Police Officer, )
in his individual and official capacity, )
)
Defendants. )

## MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S FEDERAL CLAIMS AGAINST TONY L. KENDRICK IN HIS OFFICIAL CAPACITY

NOW COMES the defendant, Tony L. Kendrick, by and through his attorney, John C. Ryan, of the law firm of FEIRICH/MAGER/GREEN/RYAN, and for his memorandum in support of his motion to strike plaintiff's federal claims against Tony L. Kendrick in his official capacity from plaintiff's complaint, pursuant to Rule 12(f) and states as follows:

## ALLEGATIONS OF PLAINTIFF'S COMPLAINT

The plaintiff has filed a multiple count complaint against the defendants arising out of events occurring at Dairy Queen in Johnston City on August 15, 2004.  As a result of the events on that evening the plaintiffs have asserted claims under the 42 U.S.C. § 1983 for alleged violations of the "constitutional rights of Mr. Lasswell and of Mrs. Lasswell to be free from unreasonable seizure and of cruel and unusual punishment or excessive use of force." Within the complaint, the plaintiff asserts that officer Kendrick is being sued in both his individual and official capacity as a police officer of Johnston City.  As set forth below, the federal civil rights claims against the defendant, Tony L. Kendrick, in his official capacity must be stricken as they are redundant to the claims asserted against the City of Johnston City.

## LAW AND ARGUMENT

Within the plaintiff's complaint he alleges that he is suing Tony L. Kendrick in both his individual and official capacity. "Actions for damages against a party in his official capacity are, in essence, actions against the municipality of which the officer is an agent." *Alverez v. City of Chicago*, 633 F. Supp. 1361, 1364 (N.D.Ill. 1986) (citing *Monell v. New York City Dept. of Social Services*, 436 U.S. 658, 690, 98 S.Ct.. 2018, 2035, 56 L.Ed.2d 611 (1978). Suits brought against an officer in his official capacity "is *not* a suit against the official personally, for the real party in interest is the entity." *Kentucky v. Graham*, 473 U.S. 159, 166, 105 S.Ct.. 3099, 3105, 87 L.Ed.2d 114 (1985). "Thus damages may be awarded against a defendant in his official capacity only if such damages would be available against the municipality itself." *Alverez v. City of Chicago*, 633 F. Supp. 1361, 1364 (N.D.Ill. 1986). Because claims against an individual in his official capacity is nothing more than a claim against the entity itself, and the plaintiff has already asserted a claim against the entity, The City of Johnston City, the claims against defendant, Tony L. Kendrick, in his official capacity is redundant and should be stricken.

WHEREFORE, the defendant, Tony Kendrick, respectfully requests this court to grant the defendant's motion and enter an order striking the federal claims brought against him in his official capacity.

FEIRICH/MAGER/GREEN/RYAN
By_____ /s/ John C. Ryan _____
      John C. Ryan
      jryan@fmgr.com

FEIRICH/MAGER/GREEN/RYAN
2001 West Main St.
P.O. Box 1570
Carbondale, IL 62903
Tele:  (618) 529-3000
Fax:  (618) 529-3008
G:\KLJ\LASSWELL\DISMISSMEM.WPD

# CERTIFICATE OF SERVICE

The undersigned certifies that on October 12, 2005, the attached memorandum in support of defendant, Tony L. Kendrick's, motion to strike plaintiff's federal claims brought against him in his official capacity from plaintiff's complaint was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jonathan R. Oliver
Michael W. Maurizio & Associates
1903 W. Main Street
P.O. Box 1849
Marion, IL 62959
joliver@mauriziolaw.com

Mr. Joseph Bleyer
Bleyer and Bleyer
601 West Jackson Street
P.O. Box 487
Marion, IL 62959-0487
jableyer@bleyerlaw.com

and I hereby certify that on October 12, 2005, I mailed by U.S. Postal Service the document to the following non-registered counsel:

None

Dated this 12th day of October, 2005.

FEIRICH/MAGER/GREEN/RYAN

By_____ s/ John C. Ryan_____
            John C. Ryan

FEIRICH/MAGER/GREEN/RYAN
2001 West Main St.
P.O. Box 1570
Carbondale, IL 62903
Tele:   (618) 529-3000
Fax:    (618) 529-3008
e-mail:  jryan@fmgr.com