IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEVA JANEEN LASSWELL and JAMES CODY LASSWELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.05-cv-4145-JPG ) |
| THE CITY OF JOHNSTON CITY and TONY L. KENDRICK, | ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This matter comes before the Court on Tony L. Kendrick's Motion to Strike Plaintiffs' Federal Claims Against Tony L. Kendrick in his Official Capacity (Doc. 8). Kendrick argues the official capacity suit against him under 42 U.S.C. § 1983 is redundant in light of the fact that Plaintiffs also sued Johnston City. Thus, Kendrick moves this Court to strike the official capacity claim under F.R.Civ.P. 12(f). For the following reasons, Kendrick's motion will be **GRANTED**.

Upon the motion of a party, "the court may order stricken from any pleading any . . . redundant . . . matter." F.R.Civ.P. 12(f). Suits against an officer in his official capacity "generally represent only another way of pleading an action against an entity of which an officer is an agent." *Kentucky v. Graham*, 473 U.S. 159, 166 (1985) (citing *Monell v. New York City Dept. Of Soc. Servs.*, 436 U.S. 658, 690 n.55 (1978); *Hill v. Shelander*, 924 F.2d 1370, 1372 (7th Cir. 1991). In these cases, the real party in interest is the entity. *Graham*, 473 U.S. at 166; *Brandon v. Holt*, 469 U.S. 464, 471-72 (1985). Thus, Plaintiffs' claims against Kendrick in his official capacity are really claims against Johnston City. As Plaintiffs have named Johnston City

as a defendant, the official capacity claims against Kendrick are redundant.  Pursuant to Rule 12(f), Plaintiffs' claim against Kendrick in his official capacity is hereby **STRICKEN** as redundant.

    **IT IS SO ORDERED.**

    **Dated: December 14, 2005.**

                                                        **/s/ J. Phil Gilbert**
                                                        **J. PHIL GILBERT**
                                                        **U.S. District Judge**