IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NEVA JANEEN LASSWELL AND )
JAMES CODY LASSWELL, )
)
Plaintiffs )
)
v. )        No.   05-4145-JPG
)
THE CITY OF JOHNSTON CITY, and TONY )
L. KENDRICK, Johnston City Police Officer, in )
his Individual and Official Capacity, )
)
Defendants )

**ANSWER TO COMPLAINT**

NOW Comes the Defendant, The City of Johnston City, by Bleyer and Bleyer, its

attorneys, and for its Answer to Plaintiffs' Complaint, says:

**JURISDICTION AND VENUE**

1.      Defendant, The City of Johnston City, admits that there does exist Chapter 42

U.S.C. §1983, but denies that the Plaintiffs are entitled to relief against this Defendant under said

section.

2.      Defendant, The City of Johnston City, admits that there is venue in the United

States District Court for the Southern District of Illinois but denies the Plaintiffs are entitled to

relief as sought in the Plaintiffs' Complaint.

**PARTIES**

3.      Defendant, The City of Johnston City, admits the allegations of Paragraph 3.

4.      Defendant, The City of Johnston City, admits the allegations of Paragraph 4.

5.      Defendant, The City of Johnston City, admits the allegations of Paragraph 5.

6. Defendant, The City of Johnston City, admits the allegation of Paragraph 6.

7. Defendant, The City of Johnston City, admits that the Defendants were acting under color of law but denies the Plaintiffs are entitled to relief as sought in the Plaintiffs' Complaint.

## COMMON ALLEGATIONS

8. Defendant, The City of Johnston City, admits that Tony Kendrick was employed by this Defendant, but otherwise denies each and every allegation of Paragraph 8.

9. Defendant, The City of Johnston City, admits that Tony Kendrick was employed by this Defendant, but otherwise denies each and every allegation of Paragraph 9.

10. Defendant, The City of Johnston City, admits the allegation of Paragraph 10.

11. Defendant, The City of Johnston City, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 11; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 11.

12. Defendant, The City of Johnston City, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 12; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 12.

13. Defendant, The City of Johnston City, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 13; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 13.

14. Defendant, The City of Johnston City, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 13; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 14.

15. Defendant, The City of Johnston City, lacks sufficient knowledge to either admit

or deny the allegations of Paragraph 13; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 15.

16. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 16.

17. Defendant, The City of Johnston City, admits that the Plaintiffs requested the return of the camera but denies the remaining allegations of Paragraph 17.

18. Defendant, The City of Johnston City, admits that the camera was not returned but denies the remaining allegation of Paragraph 18.

19. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 19.

20. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 20.

21. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 21.

22. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 22.

23. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 23.

24. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 24.

25. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 25.

## COUNT I

26. Defendant, The City of Johnston City, repeats and realleges Paragraphs 1 through 25 as and for its response to Paragraph 26.

27. Defendant, The City of Johnston City, admits the allegations of Paragraph 27.

28. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 28.

29. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 29.

30. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 30.

31. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 31.

32. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 32.

33. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 33.

WHEREFORE, Defendant, The City of Johnston City, demands that Plaintiffs take nothing by Count I of their Complaint and this Defendant have judgment for its costs in this cause most wrongfully sustained.

## COUNT II

Defendant, The City of Johnston City, makes no response to Count II of the Plaintiffs' Complaint in that no relief is sought against it in said count.

## COUNT III

Defendant, The City of Johnston City, makes no response to Count III of the Plaintiffs' Complaint in that no relief is sought against it in said count.

## COUNT IV

Defendant, The City of Johnston City, makes no response to Count IV of the Plaintiffs' Complaint in that no relief is sought against it in said count.

## COUNT V

46. Defendant, The City of Johnston City, repeats and realleges Paragraphs 1 through 25 as and for its response to Paragraph 46.

47. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 47.

48. Defendant, The City of Johnston City, denies each and every allegation of Paragraph 48.

WHEREFORE, Defendant, The City of Johnston City, demands that Plaintiffs take nothing by Count V of their Complaint and this Defendant have judgment for its costs in this cause most wrongfully sustained.

## FIRST AFFIRMATIVE DEFENSE

NOW Comes the Defendant, The City of Johnston City, and for its First Affirmative Defense states that Plaintiffs' Complaint fails to state a cause of action for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

NOW Comes the Defendant, The City of Johnston City, and for its Second Affirmative Defense states that if the Defendant, Tony L. Kendrick is not liable to the Plaintiffs the Defendant, The City of Johnston City is not liable.  Chapter 745 ILCS Section 10/2-109.

## THIRD AFFIRMATIVE DEFENSE

NOW Comes the Defendant, The City of Johnston City, and for its Third Affirmative Defense states that The City of Johnston City is not liable to Plaintiffs for punitive damages. Chapter 745, ILCS, Section 10/2-102.

**DEFENDANT, THE CITY OF JOHNSTON CITY, DEMANDS TRIAL BY A JURY**

BLEYER and BLEYER
S/Joseph A. Bleyer
Attorney Registration No. 6193192
Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2006, I electronically filed an Answer and

Affirmative Defense on behalf of The City of Johnston City, with the Clerk of the Court using

CM/ECF System which will send notifications of such filing to the following:

Mr. Jonathan R. Oliver
Mr. Michael W. Maurizio
Michael W. Maurizio & Associates
1903 W. Main Street
Post Office Box 1849
Marion, IL 62959-1849

Mr. John C. Ryan
Ms. Kara L. Jones
FEIRICH/MAGER/GREEN/RYAN
2001 West Main Street
Post Office Box 1570
Carbondale, IL 62903-1570

Ms. Shari R. Rhode
Rhode & Jackson, P.C.
1405 West Main Street
Post Office Box 99
Carbondale, IL 62903-0099

I hereby certify that on January 10, 2006, I mailed by United States Postal Service, the

documents to the following nonregistered participants:

None

S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:     (618)997-1331
Facsimile:     (618)997-6559
e-mail:        jableyer@bleyerlaw.com