**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| NEVA JANEEN LASSWELL and | ) | |
| JAMES CODY LASSWELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 05-4145-JPG |
| | ) | |
| THE CITY OF JOHNSTON CITY and | ) | |
| TONY L. KENDRICK, Johnston City | ) | Jury Trial Demanded |
| Police Officer, in his individual and | ) | |
| official capacities, | ) | |
| Defendants. | ) | |

**MOTION TO ENTER JUDGMENT ON RULE 68 OFFER**

NOW COME the Plaintiffs, by and through their attorneys, and move this Honorable Court to enter Judgment in favor of Plaintiffs and against both Defendants on all state and federal claims made in the Complaint (Doc 1) pursuant to the offer of Judgment made by Defendants and accepted by the Plaintiffs in accordance with Fed. R. Civ. P. 68; copies of which are respectively attached hereto as Exhibits A and B.

By: s/Shari R. Rhode
Shari R. Rhode, Attorney for Plaintiffs
Rhode & Jackson, P.C.
1405 West Main Street
Carbondale, IL. 62901
Phone: (618)529-8092
Fax: (618) 529-8582
Email: srhode@rhodeandjackson.com
Bar Number: 2324598

By: s/Michael Maurizio (with consent)
Michael W. Maurizio, Attorney for Plaintiffs
Michael W. Maurizio & Associates
1903 West Main Street
P.O. Box 1849
Marion, IL 62959
Phone: (618) 998-1515
Fax: (618) 998-1415
Email: mmaurizio@mauriziolaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NEVA JANEEN LASSWELL and<br>JAMES CODY LASSWELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 05-4145-JPG |
| | ) | |
| THE CITY OF JOHNSTON CITY and | ) | |
| TONY L. KENDRICK, Johnston City | ) | Jury Trial Demanded |
| Police Officer, in his individual and | ) | |
| official capacities, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed Motion to Enter

Judgment On Rule 68 Offer with the Clerk of Court using the CM/ECF system which will

send notification of such filings(s) to the following:

Feirich, Mager, Green & Ryan
John C. Ryan
2201 W. Main
PO Box 1570
Carbondale, IL  62903-1570
jryan@fmgr.com

Bleyer & Bleyer
Mr. Joseph Bleyer
601 West Jackson Street
P.O. Box 487
Marion, IL 62959-0487
jableyer@bleyerlaw.com

Respectfully submitted,

By: s/Shari R. Rhode
Shari R. Rhode, Attorney for  Plaintiff
Rhode & Jackson, P.C.
1405 West Main Street
Carbondale, IL. 62901
Phone: (618)529-8092
Fax: (618) 529-8582
Email: srhode@rhodeandjackson.com
Bar Number: 2324598