IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NEVA JANEEN LASSWELL and )
JAMES CODY LASSWELL, )
)
    Plaintiffs, )
)
vs. ) No. 05-4145-JPG
)
THE CITY OF JOHNSTON CITY, TONY )
L. KENDRICK, Johnston City Police Officer, )
in his individual and official capacity, )
)
    Defendants. )

## OFFER OF JUDGMENT

TO:   Neva Janeen Lasswell, James Cody Lasswell, and Shari R. Rhode, their attorney.

Tony L. Kendrick and The City of Johnston City, defendants in the above-entitled action, offer to allow judgment to be taken against them by the plaintiff, Neva Janeen Lasswell, on all the plaintiff's state and federal claims for the sum of $500 plus costs accrued to date, to be determined by the court.

Tony L. Kendrick and The City of Johnston City, defendants in the above-entitled action, offer to allow judgment to be taken against them by the plaintiff, James Cody Lasswell, on all the plaintiff's state and federal claims for the sum of $1000 plus costs accrued to date, to be determined by the court.

These offers are not to be construed as an admission that defendants are liable in this action or that plaintiffs have suffered any damages.

These offers are made pursuant to Rule 68 of the Federal Rules of Civil Procedure, and are conditioned upon the approval and acceptance by both plaintiffs in full satisfaction of their claims against the defendants.

**EXHIBIT A**

Pursuant to Federal Rules of Civil Procedure 68, evidence of this offer is not admissible except in a proceeding to determine costs. If this offer is not accepted in writing within 10 days after it is served, it shall be deemed withdrawn.

Dated this 31st day of January, 2006.

FEIRICH/MAGER/GREEN/RYAN

John C. Ryan

FEIRICH/MAGER/GREEN/RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
Tele:  (618) 529-3000
Fax:   (618) 529-3008
G:\KLJ\LASSWELL\OFFER OF JUDGMENT.WPD

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the attorneys of record of all parties to the above cause by hand delivery on the _3/st_ day of _January_ , 2006 to:

Shari R. Rhode
Rhode & Jackson, P.C.
1405 West Main Street
Carbondale, IL 62901

and by enclosing the same in an envelope addressed to such attorneys at their business addresses as disclosed by the pleadings of record herein and shown below, with postage fully prepaid, and by depositing said envelope in a U.S. Post office mailbox in Carbondale, Illinois on the _31st_ day of _January_ 2006 to:

Mr. Joseph A. Bleyer
Bleyer & Bleyer
601 West Jackson Street
Marion, IL 62959

John C. Ryan

FEIRICH/MAGER/GREEN/RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
Tele:  (618) 529-3000
Fax:   (618) 529-3008
G:\KLJ\LASSWELL\OFFER OF JUDGMENT.WPD