IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NEVA JANEEN LASSWELL and JAMES CODY LASSWELL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 05-4145-JPG |
| THE CITY OF JOHNSTON CITY and TONY L. KENDRICK, Johnston City Police Officer, in his individual and official capacities, | ) ) ) ) ) | Jury Trial Demanded |
| Defendants. | ) | |

## ACCEPTANCE OF OFFER OF JUDGMENT

NOW COME the Plaintiffs, by and through their attorneys, and hereby accept the

Offer of Judgment made by Defendants pursuant to Rule 68.

By: s/Shari R. Rhode
Shari R. Rhode, Attorney for Plaintiffs
Rhode & Jackson, P.C.
1405 West Main Street
Carbondale, IL. 62901
Phone: (618)529-8092
Fax: (618) 529-8582
Email: srhode@rhodeandjackson.com
Bar Number: 2324598

s/Michael Maurizio (with consent)
Michael W. Maurizio, Attorney for Plaintiffs
Michael W. Maurizio & Associates
1903 West Main Street
P.O. Box 1849
Marion, IL 62959
Phone: (618) 998-1515
Fax: (618) 998-1415
Email: mmaurizio@mauriziolaw.com

**EXHIBIT B**