### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **NEVA JANEEN LASSWELL and** | ) | |
| **JAMES CODY LASSWELL,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Case No. 05-4145-JPG** |
| | ) | |
| **THE CITY OF JOHNSTON CITY and** | ) | |
| **TONY L. KENDRICK, Johnston City** | ) | |
| **Police Officer,** | ) | |
| **Defendants.** | ) | |

### ORDER AND JUDGMENT

The Court hereby enters judgment in favor of Plaintiffs and against each Defendant as follows:

1.    Against both the City of Johnston City and Tony Kendrick for violating the civil rights of Plaintiffs James Cody Lasswell and Neva Janeen Lasswell while the Defendants were acting under color of state law.

2.    Against Defendant Tony Kendrick and in favor of Plaintiff James Cody Lasswell for battery.

3.    Against Defendant Tony Kendrick and in favor of Plaintiff Neva Janeen Lasswell for assault.

4.    Against both the City of Johnston City and Tony Kendrick in favor of Plaintiffs James Cody Lasswell and Neva Janeen Lasswell  for false imprisonment.

5.    Against Defendant City of Johnston City and in favor of Plaintiffs James Cody Lasswell and Neva Janeen Lasswell for negligent hiring and retention of Tony Kendrick.

Judgment is entered for Neva Janeen Lasswell in the amount of $500.00 plus costs

accrued up to and including February 10, 2006, in an amount to be determined by the Court.

Judgment is entered for James Cody Lasswell in the amount of $1000.00 plus costs

accrued up to and including February 10, 2006, in an amount to be determined by the Court.

**IT IS SO ORDERED.**

**DATED: February 23, 2006.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans,
Deputy Clerk**

**APPROVED: /s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**U.S. District Judge**