IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NEVA JANEEN LASSWELL and )
JAMES CODY LASSWELL, )
 )
      Plaintiffs, )
 )
vs. )      No. 05-4145-JPG
 )
THE CITY OF JOHNSTON CITY, TONY )
L. KENDRICK, Johnston City Police Officer, )
in his individual and official capacity, )
 )
      Defendants. )

## MOTION TO CLARIFY AND CORRECT, NUNC PRO TUNC, THE ORDER AND JUDGMENT

NOW COMES the defendant, Tony L. Kendrick, by and through its attorneys, FEIRICH/MAGER/GREEN/RYAN, and for its motion to clarify the court's Order and Judgment entered on February 23, 2006 states as follows:

1.      On January 31, 2006, the defendants served an Offer of Judgment, pursuant to Rule 68, upon the plaintiffs. This Offer of Judgment was thereafter accepted by the plaintiffs.

2.      On February 10, 2006, the plaintiff filed a "Motion to Enter Judgment on Rule 68 Offer." Within the motion, the plaintiff requested that the court "enter Judgment in favor of Plaintiffs and against both Defendants on all state and federal claims made in the Complaint (Doc 1) pursuant to the offer of Judgment made by Defendants and accepted by the Plaintiffs in accordance with Fed. R. Civ. P. 68" copies of which were attached.

3.      On February 23, 2006, this court entered its "Order and Judgment." Within that document, however, the court did not include any language identifying that the order was being

entered "pursuant to the Offer of Judgment," under Rule 68, that was made by the Defendants and accepted by the Plaintiffs.

WHEREFORE, the defendant, Tony L. Kendrick, respectfully requests this court to clarify its "Order and Judgment" and correct it, nunc pro tunc, to identify that the "Order and Judgment" was being entered pursuant to the Offer of Judgment, under Rule 68, that was made by the Defendants and accepted by the Plaintiffs.

FEIRICH/MAGER/GREEN/RYAN

By_____ /s/ John C. Ryan_____
            John C. Ryan
            jryan@fmgr.com

FEIRICH/MAGER/GREEN/RYAN
2001 West Main St.
P.O. Box 1570
Carbondale, IL 62903
Tele:   (618) 529-3000
Fax:    (618) 529-3008
G:\KLJ\LASSWELL\motion to clarify.wpd

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 24, 2006, the attached Motion to Clarify and Correct, Nunc Pro Tunc, the Order and Judgment was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Michael Maurizio                              Ms. Shari R. Rhode
Michael W. Maurizio & Associates                  Rhode & Jackson, P.C.
1903 W. Main Street                               1405 West Main Street
P.O. Box 1849                                     Carbondale, IL 62901
Marion, IL 62959                                  srhode@fhodeandjackson.com
mmaurizio@mauriziolaw.com

Mr. Joseph Bleyer
Bleyer and Bleyer
601 West Jackson Street
P.O. Box 487
Marion, IL 62959-0487
jableyer@bleyerlaw.com

and I hereby certify that on March 24, 2006, I mailed by U.S. Postal Service the document to the following non-registered counsel:

None

Dated this 24th day of March, 2006.

FEIRICH/MAGER/GREEN/RYAN

By_____s/ John C. Ryan_____
        John C. Ryan

FEIRICH/MAGER/GREEN/RYAN
2001 West Main St.
P.O. Box 1570
Carbondale, IL 62903
Tele:  (618) 529-3000
Fax:   (618) 529-3008
e-mail:  jryan@fmgr.com