**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **NEVA JANEEN LASSWELL and** | ) | |
| **JAMES CODY LASSWELL,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Case No. 05-4145-JPG** |
| | ) | |
| **THE CITY OF JOHNSTON CITY and** | ) | |
| **TONY L. KENDRICK, Johnston City** | ) | |
| **Police Officer,** | ) | |
| **Defendants.** | ) | |

**<u>AMENDED JUDGMENT</u>**

The court hereby enters judgment in favor of Plaintiffs and against each Defendant, pursuant to the Offer of Judgment made by defendants and accepted by the plaintiffs in accordance with Federal Rule of Civil Procedure 68, as follows:

1. Against both the City of Johnston City and Tony Kendrick for violating the civil rights of Plaintiffs James Cody Lasswell and Neva Janeen Lasswell while in the Defendants were acting under color of state law.

2. Against Defendant Tony Kendrick and in favor of Plaintiff James Cody Lasswell for battery.

3. Against Defendant Tony Kendrick and in favor of Plaintiff Neva Janeen Lasswell for assault.

4. Against both the City of Johnston City and Tony Kendrick in favor of Plaintiffs James Cody Lasswell and Neva Janeen Lasswell for false imprisonment.

5. Against Defendant City of Johnston City and in favor of Plaintiffs James Cody Lasswell and Neva Janeen Lasswell for negligent hiring and retention of Tony

Kendrick.

Judgment is entered for Neva Janeen Lasswell in the amount of $500.00 plus costs accrued up to and including February 10, 2006, in an amount to be determined by the Court.

Judgment is entered for James Cody Lasswell in the amount of $1,000.00 plus costs accrued up to and including February 10, 2006, in an amount to be determined by the Court.

**IT IS SO ORDERED.**

**DATED: April 03, 2006.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED: /s/ J. Phil Gilbert_____**
      **J. PHIL GILBERT**
      **U.S. District Judge**